UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Theresa Piper</u>

      v.                                Civil No. 12-cv-373-JD

<u>United States of America, et al.</u>

**J U D G M E N T**
<u>As to the United States Only</u>

In accordance with the Order dated November 19, 2012, by United States District Judge Joseph A. DiClerico, Jr., judgment is hereby entered as to the United States only.

                                                  By the Court,

                                                  */s/ Daniel J. Lynch*

                                                  Daniel J. Lynch, Chief Deputy Clerk

November 20, 2012

cc:    Stanley Brinkman, Esq.
        T. David Plourde, Esq.
        Jonathan Lax, Esq.