UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE   03301-3941

**OFFICE OF THE CLERK**

James R. Starr, Clerk of Court                                      Telephone: 603-225-1423
Daniel J. Lynch, Chief Deputy Clerk                                 Web: www.nhd.uscourts.gov


November 20, 2012


In re:      Civil No. 12-cv-373-JD, Theresa Piper v. USA, et al.

To:         Clerk, Grafton Superior Court
            Formerly your case #(s): 215-2012-CV-00320


      By Court order dated November 19, 2012, the above case was remanded to your court. We enclose a certified copy of that order and docket entries.   For your information, Judgment was entered as to the United States only on November 20, 2012.

      Counsel/pro se parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court.   If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

      Orders of remand are not reviewable on appeal or otherwise, 28 U.S.C. § 1447(d), except in certain civil rights cases described in 28 U.S.C. § 1443, 28 U.S.C. § 1447(d), class actions within the meaning of 28 U.S.C. § 1453(c)(1), and certification decisions regarding whether a federal employee named in a tort action was acting within the scope of employment pursuant to 28 U.S.C. § 2679.   See Osborn v. Haley, 549 U.S. 225 (2007).

                                                             JAMES R. STARR
                                                             CLERK


Enclosures

cc:     Stanley Brinkman, Esq.
        T. David Plourde, Esq.
        Jonathan Lax, Esq.